# JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO AVILES,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES,<br><br>        Respondent. | Case No. CV 24-776 MRA (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice due to lack of jurisdiction.

DATE: June 28, 2024

                                                _____
                                                HON. MONICA RAMIREZ ALMADANI
                                                UNITED STATES DISTRICT JUDGE